IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIFFANY FRANCES HENRY<br>2575 Irving Street, N.E.<br>Washington, DC 20018 | * <br> * | |
| Plaintiff | * | |
| v. | * | Case No. |
| REYNOLDS & ASSOCIATES, INC.<br>d/b/a THE FAIRVIEW<br>1430 G Street, N.E.<br>Washington, DC 2002 | *<br>*<br>* | |
| and | * | |
| CHARLES M. REYNOLDS, JR.<br>1430 G Street, N.E.<br>Washington, DC 20002 | *<br>* | |
| and | * | |
| REESA MOTLEY REYNOLDS<br>1430 G Street, N.E.<br>Washington, DC 20002 | *<br>* | |
| Defendants | | |

**************************************************************************

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Reynolds & Associates, Inc., Charles M. Reynolds, Jr., and Reesa Motley Reynolds, by and through their attorney, James S. Aist, and pursuant to 28 U.S.C. § 1446, hereby file this notice of removal and state as follows:

1. Plaintiff, Tiffany Frances Henry, filed a civil action in the Superior Court for the District of Columbia, Civil No. 2020 CA 002055 B, asserting that while she was a pretrial detainee in the Fairview Residential Re-entry Center in Washington, D.C. she was the victim of discrimination and disparate treatment based on her race and ethnicity in violation of 42 U.S.C. §

1983 (Count III) and Title VI of the Civil Rights Act of 1964 (Count IV).  In addition, the Plaintiff asserts claims for violation of the D. C. Human Rights Act of 1977 (Count I), Intentional Infliction of Emotional Distress (Count II), and Unlawful Detention (Count V).  A copy of the Complaint and all other pleadings filed in the Superior Court for the District of Columbia is attached hereto as Exhibit 1.

2. This action is removable to this Court under 28 U.S.C. § 1331 based on federal question jurisdiction because Count III and Count IV of the Complaint concern claims arising under the laws of the United States.

3. In accordance with 28 U.S.C. § 1441(a), removal to the United States District Court for the District of Columbia is proper as this is the federal district court for the district and division embracing the place where the above-described action is pending.

4. All Defendants were served with Plaintiff's Complaint in this action on July 17, 2020, and file this Notice of Removal within 30 days of service. See 28 U.S.C. § 1446(b) and Federal Rule 6 (a).

WHEREFORE, Defendants, Reynolds & Associates, Inc., Charles M. Reynolds, Jr., and Reesa Motley Reynolds hereby pray the action pending in the Superior Court for the District of Columbia be removed to the United States District Court for the District of Columbia on the grounds of federal question jurisdiction.

/s/
James S. Aist (Bar No. 481387)
ANDERSON, COE & KING, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD 21202
T: 410-752-1630 / F: 410-752-0085
aist@acklaw.com
*Attorney for Defendants*

4834-4322-7592, v. 1

## Certificate of Service

    I HEREBY CERTIFY that on this 17th day of August 2020, a copy of Defendant's Notice of Removal was electronically filed and/or served upon:

Johnny Barnes
301 G Street SW, Suite B101
Washington, DC 20024
*Attorney for Plaintiff*

                                                  /s/
                                      James S. Aist (Bar No. 481387)